**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                 Case No. **09-04925**

**VALENTIN RIOS, REYNALDO & ALMODOVAR VELAZQUEZ, DARMY L**          Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **6/17/2009**          ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION      Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 850.00 | x | 60 | = $ | 51,000.00 |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |
| $ | | x | | = $ | |

TOTAL: $ **51,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **51,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,724.00**

Signed: **/s/ REYNALDO VALENTIN RIOS**
Debtor

**/s/ DARMY L ALMODOVAR VELAZQUEZ**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☑ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. *Bco. Popular*   Cr. *CRIM*   Cr. _____
#*0710100117590I9*   #*29667755*   # _____
$ *9,000 –*   $ *2,700*   $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. *Daimler Chrysler* Cr. *ARUVA*   Cr. *Raul Texeira*
#*10130/4609*   # _____   # _____
$ *11,861 –*   $ *1500*   $ *12,900*
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
*Aeela shares, CO-EP shares, PR. Federal Credit shares*
5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
*Bco. Popular Mortgage as of July 2009*
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE TO PAY FIRST ATTORNEY'S FEES AHEAD OF ANY SECURED OR PRIORITY CLAIMS AND AFTER ADEQUATE PROTECTION PAYMENTS OF $150.00 MONTHLY TO DAIMLER CHRYSLER UNTIL PLAN CONFIRMATION. INSURANCE TO BE PROVIDED TO DAIMLER CHRYSLER BY TRIPLE S INSURANCE AFTER MATURITY DATE OF APRIL 2011**

Attorney for Debtor **HECTOR VELAZQUEZ HERNANDEZ LAW FIRM**      Phone: **(787) 317-2240**

CHAPTER 13 PAYMENT PLAN

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CERTIFICATE OF NOTICE

```
District/off: 0104-2          User: romoj          Page 1 of 1          Date Rcvd: Jun 22, 2009
Case: 09-04925               Form ID: pdf001        Total Noticed: 29
```

The following entities were noticed by first class mail on Jun 24, 2009.
```
db/jdb      +REYNALDO VALENTIN RIOS,  DARMY L ALMODOVAR VELAZQUEZ,  VALLE DE ANDALUCIA,  3214 CALLE MOJACAR,
             PONCE, PR 00728-3122
smg          DEPARTAMENTO DE HACIENDA,  PO BOX 9024140,  OFICINA 424-B,  SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,  PO BOX 9020192,  SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,  PRUDENCIO RIVERA MARTINEZ BLDG,  505 MUNOZ RIVERA AVENUE,  12 FLOOR,
             SAN JUAN, PR  00918
smg         +US TRUSTEE,  EDIFICIO OCHOA,  500 TANCA STREET SUITE 301,  SAN JUAN, PR 00901-1938
2781894      ASOCIACION DE ARUVA,  PO BOX 1427,  PONCE, PR  00733-1427
2781895      ASOCIACION DE EMLEADOS DE AEELA,  PO BOX 364508,  SAN JUAN, PR  00936-4508
2781896      AUTORIDAD DE ENERGIA ELECTRICA,  PO BOX 363508,  SAN JUAN, PR  00936-3508
2781897      BANCO POPULAR,  MORTGAGE DIVISION,  PO BOX 9023593,  SAN JUAN, PR  00902-3593
2781898     +CALVARY PORTFOLIO,  PO BOX 27288,  TEMPE, AZ 85285-7288
2781899      CAPITAL ONE,  PO BOX 85184,  RICHMOND, VA  23285-5184
2781900     +COOP DE AHORRO Y CREDITO,  EDUCADORES PUERTORRIQUENOS,  APARTADO 1139,
             MAYAGUEZ, PR 00681-1139
2781901      CRIM DE PR,  PO BOX 195387,  SAN JUAN, PR  00919-5387
2781902      DAIMLER CHRYSLER,  PO BOX 195286,  SAN JUAN, PR  00919-5286
2781903      DEPARTAMENTO DE HACIENDA DE PR,  PO BOX 9024140,  SAN JUAN, PR  00902-4140
2781904      DEPT DE EDUCACION - DIV NOMINA,  PO BOX 190759,  SAN JUAN, PR  00919-0759
2781905      EDNA TORRES BORRERO,  CENTRO CARIBE BLDG SUITE 208 BYPASS,  PONCE, PR  00717
2781906      FIRST PREMIER BANK,  PO BOX 5147,  SIOUX FALLS, SD  57117-5147
2781907     +HSBC-RS (ROOMS TO GO),  PO BOX 15524,  WILNINGTON, DE 19850-5524
2781908      LCDA. ANA C. LOPEZ BONAPARTE,  PO BOX 1427,  PONCE, PR  00733-1427
2781909     +LCDO. JUAN E. PEREZ REILLY,  EDIF GARCIA STE 2-3A,  1 CALLE VIRTUD,  PONCE, PR 00730-3804
2781910      LCDO. RAFAEL ASUNCION MARQUEZ,  CENTRO CARIBE BLDG SUITE 208,  PONCE, PR  00717
2781911     +LVNG FUNDING,  PO BOX 10497,  GREENVILLE, SC 29603-0497
2781912     +NATIONAL STUDENT LOAN,  1300 O ST,  LINCOLN, NE 68508-1511
2781913     +PUERTO RICO FEDERAL CREDIT UNION,  PO BOX 12011,  SAN JUAN, PR 00922-2011
2781914      R.G. MORTGAGE CORP,  PO BOX 362394,  SAN JUAN, PR  00936-2394
2781915      RAUL TEXEIRA CARMONA Y CARMEN VEGA,  18 LISA LANE EGG HARBOR,  TOWNSHIP, NJ  08234
2781916     +SPRINT PCS,  PO BOX 27288,  TEMPE, AZ 85285-7288
2781917      US DEPT OF EDUCATION,  PO BOX 4169,  GREENVILLE, TX  75403-4169
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                              TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2009                    Signature:  _Joseph Speetjens_____