IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-04925 BKT

REYNALDO VALENTIN RIOS

Chapter 13

DARMY L ALMODOVAR VELAZQUEZ

XXX-XX-5700

XXX-XX-1748

FILED & ENTERED ON 06/26/2009

Debtor(s)

## NOTICE OF HEARING FOR CONTINUATION OF THE AUTOMATIC STAY

On 06/17/2009, debtor(s) filed a motion for continuation of the automatic stay as to debtor (docket entry #4). In accordance with PR LBR 4001-5, if an objection is timely filed, a hearing will be held on 07/14/2009 at 09:30 A.M. at the US POST OFFICE & COURTHOUSE BLDG, 93 ATOCHA STREET, SECOND FLOOR, PONCE, PUERTO RICO. If no objection is filed, the hearing may be vacated.

Ponce, Puerto Rico, this 26 day of June, 2009.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: WILLIAM REYES TORO
Case Manager

cc: All creditors