```
                    IN THE UNITED STATES BANKRUPTCY COURT FOR
                            THE DISTRICT OF PUERTO RICO
```

IN RE:

CASE NO. 09-04925 BKT

REYNALDO  VALENTIN RIOS           Chapter 13

DARMY L ALMODOVAR VELAZQUEZ


XXX-XX-5700

XXX-XX-1748

FILED & ENTERED ON 06/26/2009

Debtor(s)


**NOTICE OF HEARING FOR CONTINUATION
OF THE AUTOMATIC STAY**

    On 06/17/2009, debtor(s) filed a motion for continuation of the automatic stay as to debtor (docket entry #4). In accordance with PR LBR 4001-5, if an objection is timely filed, a hearing will be held on 07/14/2009 at 09:30 A.M. at the US POST OFFICE & COURTHOUSE BLDG, 93 ATOCHA STREET, SECOND FLOOR, PONCE, PUERTO RICO.  If no objection is filed, the hearing may be vacated.

    Ponce, Puerto Rico, this 26 day of June, 2009.


                                                  CELESTINO MATTA-MENDEZ
                                                      Clerk of the Court



                                            BY:   WILLIAM REYES TORO
                                               Case Manager




cc: All creditors

# CERTIFICATE OF NOTICE

```
District/off: 0104-2          User: reyesw              Page 1 of 1              Date Rcvd: Jun 26, 2009
Case: 09-04925               Form ID: pdf001           Total Noticed: 30

The following entities were noticed by first class mail on Jun 28, 2009.
 db/jdb       +REYNALDO VALENTIN RIOS,    DARMY L ALMODOVAR VELAZQUEZ,    VALLE DE ANDALUCIA,    3214 CALLE MOJACAR,
                PONCE, PR 00728-3122
 smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR   00902-4140
 smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR   00902-0192
 smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
                SAN JUAN, PR   00918
 smg          +US TRUSTEE,    EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
2781894        ASOCIACION DE ARUVA,    PO BOX 1427,    PONCE, PR   00733-1427
2781895        ASOCIACION DE EMLEADOS DE AEELA,    PO BOX 364508,    SAN JUAN, PR   00936-4508
2781896        AUTORIDAD DE ENERGIA ELECTRICA,    PO BOX 363508,    SAN JUAN, PR   00936-3508
2781897        BANCO POPULAR,    MORTGAGE DIVISION,    PO BOX 9023593,    SAN JUAN, PR   00902-3593
2781898       +CALVARY PORTFOLIO,    PO BOX 27288,    TEMPE, AZ 85285-7288
2781899        CAPITAL ONE,    PO BOX 85184,    RICHMOND, VA   23285-5184
2781900       +COOP DE AHORRO Y CREDITO,    EDUCADORES PUERTORRIQUENOS,    APARTADO 1139,
                MAYAGUEZ, PR 00681-1139
2781901        CRIM DE PR,    PO BOX 195387,    SAN JUAN, PR   00919-5387
2781902        DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN, PR   00919-5286
2781903        DEPARTAMENTO DE HACIENDA DE PR,    PO BOX 9024140,    SAN JUAN, PR   00902-4140
2781904        DEPT DE EDUCACION - DIV NOMINA,    PO BOX 190759,    SAN JUAN, PR   00919-0759
2781905        EDNA TORRES BORRERO,    CENTRO CARIBE BLDG SUITE 208 BYPASS,    PONCE, PR   00717
2781906        FIRST PREMIER BANK,    PO BOX 5147,    SIOUX FALLS, SD   57117-5147
2781907       +HSBC-RS (ROOMS TO GO),    PO BOX 15524,    WILNINGTON, DE 19850-5524
2781908        LCDA. ANA C. LOPEZ BONAPARTE,    PO BOX 1427,    PONCE, PR   00733-1427
2781909       +LCDO. JUAN E. PEREZ REILLY,    EDIF GARCIA STE 2-3A,    1 CALLE VIRTUD,    PONCE, PR 00730-3804
2781910        LCDO. RAFAEL ASUNCION MARQUEZ,    CENTRO CARIBE BLDG SUITE 208,    PONCE, PR   00717
2781911       +LVNG FUNDING,    PO BOX 10497,    GREENVILLE, SC 29603-0497
2781912       +NATIONAL STUDENT LOAN,    1300 O ST,    LINCOLN, NE 68508-1511
2784403       +PR ACQUISITIONS LLC,    27O MUNOZ RIVERA AVENUE SUITE 400,    SAN JUAN PR 00901,    866-600-4753
2781913       +PUERTO RICO FEDERAL CREDIT UNION,    PO BOX 12011,    SAN JUAN, PR 00922-2011
2781914        R.G. MORTGAGE CORP,    PO BOX 362394,    SAN JUAN, PR   00936-2394
2781915        RAUL TEXEIRA CARMONA Y CARMEN VEGA,    18 LISA LANE EGG HARBOR,    TOWNSHIP, NJ   08234
2781916       +SPRINT PCS,    PO BOX 27288,    TEMPE, AZ 85285-7288
2781917        US DEPT OF EDUCATION,    PO BOX 4169,    GREENVILLE, TX   75403-4169

The following entities were noticed by electronic transmission.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2009**                    **Signature:**  _Joseph Speetjens_