# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| REYNALDO VALENTIN RIOS | CASE NO. 09-04925 BKT |
| Debtor | CHAPTER 13 |

## NOTICE UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002

**TO THE HONORABLE COURT:**

**COMES NOW** Puerto Rico Federal Credit Union represented by the undersigning attorney and very respectfully **STATES and PRAYS** the following:

1. Creditor Puerto Rico Federal Credit Union has appointed the undersigning attorney to represent it in all proceedings pending before this Honorable Court in the above captioned case and wishes to be included in the Master Address List.

**WHEREFORE**, creditor herein respectfully request to be included in the Master Address List and that it be sent all notices and documents filed in this case to the attention of the undersigned.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 1st day of July, 2009.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**: That on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to the Trustee Alejandro Oliveras, Esq. and attorney for debtor Hector Velazquez Hernandez, Esq. I further certify that I have served this document by electronic means to the CM/ECF participants and or a true and correct copy by regular mail to the non CM/ECF participants.

/s/ *Ada Conde*
ADA CONDE, ESQ.
USDCPR 206209
PO Box 13268, San Juan, PR 00908-3268
Tel: 787-721-0401  Fax: 787-721-2982
Email: condelawpr@gmail.com