IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-04925 BKT

REYNALDO VALENTIN RIOS

Chapter 13

DARMY L ALMODOVAR VELAZQUEZ

XXX-XX-5700

XXX-XX-1748

FILED & ENTERED ON 07/07/2009

Debtor(s)

## ORDER GRANTING CONTINUANCE OF THE AUTOMATIC STAY

We hereby grant Debtor's unopposed request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on 06/17/2009.

Wherefore, the provisions of the automatic stay as provided in 11 U.S.C. Section 362 shall be in full force and effect as to all creditors and parties in interest until further order of this Court.

SO ORDERED.

Ponce, Puerto Rico, this 07 day of July, 2009.

Brian K. Tester
U.S. Bankruptcy Judge

c: All creditors