IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-04925 BKT

REYNALDO VALENTIN RIOS

Chapter 13

DARMY L ALMODOVAR VELAZQUEZ

XXX-XX-5700

XXX-XX-1748

FILED & ENTERED ON 07/07/2009

Debtor(s)

**ORDER GRANTING CONTINUANCE OF THE AUTOMATIC STAY**

We hereby grant Debtor's unopposed request for the continuance of the automatic stay under 11 U.S.C. Section 362 (c)(3) filed on 06/17/2009.

Wherefore, the provisions of the automatic stay as provided in 11 U.S.C. Section 362 shall be in full force and effect as to all creditors and parties in interest until further order of this Court.

SO ORDERED.

Ponce, Puerto Rico, this 07 day of July, 2009.

Brian K. Tester
U.S. Bankruptcy Judge

c: All creditors

# CERTIFICATE OF NOTICE

```
District/off: 0104-2           User: montalvo              Page 1 of 1              Date Rcvd: Jul 07, 2009
Case: 09-04925                 Form ID: pdf001             Total Noticed: 31

The following entities were noticed by first class mail on Jul 09, 2009.
 db/jdb       +REYNALDO VALENTIN RIOS,    DARMY L ALMODOVAR VELAZQUEZ,    VALLE DE ANDALUCIA,    3214 CALLE MOJACAR,
                PONCE, PR 00728-3122
 smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,   OFICINA 424-B,    SAN JUAN, PR 00902-4140
 smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,   SAN JUAN, PR   00902-0192
 smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
                SAN JUAN, PR   00918
 smg          +US TRUSTEE,   EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR 00901-1938
2781894        ASOCIACION DE ARUVA,    PO BOX 1427,   PONCE, PR   00733-1427
2781895        ASOCIACION DE EMLEADOS DE AEELA,    PO BOX 364508,    SAN JUAN, PR   00936-4508
2781896        AUTORIDAD DE ENERGIA ELECTRICA,    PO BOX 363508,    SAN JUAN, PR   00936-3508
2781897        BANCO POPULAR,    MORTGAGE DIVISION,    PO BOX 9023593,    SAN JUAN, PR   00902-3593
2781898       +CALVARY PORTFOLIO,    PO BOX 27288,   TEMPE, AZ 85285-7288
2781899        CAPITAL ONE,   PO BOX 85184,    RICHMOND, VA   23285-5184
2781900       +COOP DE AHORRO Y CREDITO,    EDUCADORES PUERTORRIQUENOS,    APARTADO 1139,
                MAYAGUEZ, PR 00681-1139
2781901        CRIM DE PR,   PO BOX 195387,    SAN JUAN, PR   00919-5387
2781902        DAIMLER CHRYSLER,    PO BOX 195286,    SAN JUAN, PR   00919-5286
2781903        DEPARTAMENTO DE HACIENDA DE PR,    PO BOX 9024140,    SAN JUAN, PR   00902-4140
2781904        DEPT DE EDUCACION - DIV NOMINA,    PO BOX 190759,    SAN JUAN, PR   00919-0759
2781905        EDNA TORRES BORRERO,    CENTRO CARIBE BLDG SUITE 208 BYPASS,    PONCE, PR 00717
2781906        FIRST PREMIER BANK,    PO BOX 5147,   SIOUX FALLS, SD   57117-5147
2781907       +HSBC-RS (ROOMS TO GO),    PO BOX 15524,   WILNINGTON, DE 19850-5524
2781908        LCDA. ANA C. LOPEZ BONAPARTE,    PO BOX 1427,    PONCE, PR   00733-1427
2781909       +LCDO. JUAN E. PEREZ REILLY,    EDIF GARCIA STE 2-3A,    1 CALLE VIRTUD,    PONCE, PR 00730-3804
2781910        LCDO. RAFAEL ASUNCION MARQUEZ,    CENTRO CARIBE BLDG SUITE 208,    PONCE, PR   00717
2781911       +LVNG FUNDING,    PO BOX 10497,   GREENVILLE, SC 29603-0497
2781912       +NATIONAL STUDENT LOAN,    1300 O ST,    LINCOLN, NE 68508-1511
2784403       +PR ACQUISITIONS LLC,    270 MUNOZ RIVERA AVENUE SUITE 400,    SAN JUAN PR 00901,    866-600-4753
2781913       +PUERTO RICO FEDERAL CREDIT UNION,    PO BOX 12011,    SAN JUAN, PR 00922-2011
2793217        PUERTO RICO FEDERAL CREDIT UNION,    ADA CONDE ESQ,    PO BOX 13268,    SAN JUAN PR 00908-3268
2781914        R.G. MORTGAGE CORP,    PO BOX 362394,    SAN JUAN, PR   00936-2394
2781915        RAUL TEXEIRA CARMONA Y CARMEN VEGA,    18 LISA LANE EGG HARBOR,    TOWNSHIP, NJ   08234
2781916       +SPRINT PCS,   PO BOX 27288,    TEMPE, AZ 85285-7288
2781917        US DEPT OF EDUCATION,    PO BOX 4169,   GREENVILLE, TX   75403-4169

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr*          +PUERTO RICO FEDERAL CREDIT UNION,    PO BOX 12011,    SAN JUAN, PR 00922-2011
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 09, 2009**               Signature:   _Joseph Speetjens_