# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

REYNALDO VALENTIN RIOS  
DARMY L ALMODOVAR VELAZQUEZ    Chapter 13

Case No. 09-04925-BKT  
Attorney Name: HECTOR VELAZQUEZ HERNANDEZ*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [X] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Pro-se  
[ ] Substitute _____

Date: July 27, 2009  
Time: 10:28am   Track: 004  
[ ] This is debtor(s) 1 Bankruptcy filing.  
Liquidation Value: 0

Creditors  
Cedo Francisco Cardona - RGMor  
Cedo Mendez Lucella - Raul Texedo

### II. Oath Administered
[X] Yes    [ ] No

### III. Documents Filed/Provided

[X] Schedules  
[X] Statement of Financial Affairs (SOFA)  
[X] Statement of Current Monthly Income (SCMI)  
[X] Credit counseling briefing certificate (CCC)  
  [ ] Waiver requested by debtor(s)  
[ ] DSO Certificate

[ ] DSO Recipient's information  
[X] State Tax Returns 06-08  [X] Returned  
[ ] Federal Tax Returns_____  [ ] Returned  
[X] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [X] Closed   [ ] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE  
[X] UNFAVORABLE

[ ] Feasibility  
[X] Insufficiently funded  
[ ] Unfair discrimination  
[ ] Fails liquidation value test  
[X] Fails disposable income test (I & J)  
[ ] No provision for secured creditor(s)  
_____  
_____  
[ ] Treat value of collateral separately  
[ ] No provision for insurance  
[X] Tax returns missing  
  [X] State - years 2005 (only evidence of its filing  
  [ ] Federal - years _____ shown but w/o stamp.

[ ] No DSO certificate (Post-petition)  
[ ] Evidence of income  
   [ ] Missing   [ ] Incomplete  
[ ] Stmt. of Current Monthly Income  
   [ ] Incomplete  [ ] Missing  
[ ] Fails commitment period  [ ] Fails Disp. Income  
[ ] Certificate of Credit briefing  
   [ ] Missing  [ ] More than 180 days  
[ ] Issuer not certified by U.S.T.  
[ ] Incomplete schedules  
[ ] Incomplete S.O.F.A.  
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

REYNALDO VALENTIN RIOS
DARMY L ALMODOVAR VELAZQUEZ

Case No. 09-04925-BKT
Chapter 13
Attorney Name: HECTOR VELAZQUEZ HERNANDEZ*

## VI. Plan (Cont.)

Date: June, 17, 2009  Base $ 51,000.00  [X] Filed
Payments 0 made out of 1 due.  [ ] Not Filed

Evidence of Pmt shown:
USPS M.O. 2816 - $500
USPS M.O. 2827 - $350

## VII. Confirmation Hearing Date: September, 10, 2009

## VIII. Attorney's fees as per R. 2016(b)

$3,000.00 - $276.00 = $2,724.00

## IX. Documents to be provided w/in ___ days

[X] Amended schedules D → amend fr. RtG to BPPR
                      → B → Cherokee Laredo
[ ] Insurance estimate
[ ] Assumption/Rejection executory contract
[X] Appraisal — Comparable sales of prop @ Sch A
[ ] State tax returns years ___
[ ] Federal tax returns years ___
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[X] Other:
(1) Amend vol. to include prior bankruptcy case.
(2) Provide evidence of July 2009 BPPR's mortgage pymt

[ ] Amended S.O.F.A.
[X] Amended plan → step up upon maturity of ret. loan in 3/2013 ($238 monthly)
[ ] Business Documents
[ ] Monthly reports for the months
[ ] Public Liability Insurance
   [ ] Premises
   [ ] Vehicle(s)
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); ___
[ ] Other: ___ * Trustee will consider docs. submitted by Atty Mendez Lucial shown to debtor's atty

## COMMENTS

(1) Debtors had a prior bankruptcy 08-04672 (filed 7/18/2008)
(2) Trustee will review secured claim by Raul Teixera. Claim is over attachment over their residence on July 9, 2008 (9 days prior to 2008 bankruptcy case). Trustee will consider possible avoidance of said lien.
(3) Debtor to furnish evidence of secured status of ARUVA (urbanization association)
(4) Debtors to consider cramdown of 2002 Cherokee Laredo.
(5) Amend SCM1 gross income to $5,985.29. Trustee will then verify line 59 of SCM1. Amend line 16 of SCM1 to 3
(6) Amend Sch I for debtor's time @ employment: 19 yrs (he) 10 yrs (she)

Date: July 27, 2009

Trustee/Presiding Officer  (Rev.