UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 09-04925-BKT

REYNALDO VALENTIN RIOS
DARMY L ALMODOVAR VELAZQUEZ

CHAPTER 13

DEBTOR(S)
**********************************

TRUSTEE'S MOTION TO DISMISS

TO THE HONORABLE COURT:

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and respectfully states and prays:

1. The meeting of creditors was held on **July 27, 2009**. The current proposed plan is dated **June 17, 2009**.
2. Debtor(s) failed to comply with the Trustee's requirement to:
   a. ☒ Amend Schedule(s):B, D, I & J.
   b. ☒ Amend B22c & Voluntary Petition.
   c. ☒ Amend Plan.
   d. ☐ Make current payments. Paid    out of    ($    in arrears).
   e. ☒ Submit the complete documets requested.
3. No extension of time or justification for failing to comply with the above has been filed.
4. Debtor(s) is(are) not a member(s) of the U.S. Armed Forces, the Coast Guard, the Public Health Service or the National Oceanic and Atmospheric Administration, as evidenced by the Certificate issued by the U.S. Department of Defense, copy of which is attached only to the original of this motion and movant's copy.

**WHEREFORE**, for the reasons stated above it is respectfully requested from the Court to enter an order dismissing the present case pursuant to 11 U.S.C §521 AND §1325(a)(6).

**30 DAY NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST** : You are hereby notified that you have thirty (30) days from the date of this notice to file and opposition to the foregoing motion and to request a hearing. If no opposition is filed within the prescribed period of time, the Trustee's Motion will be deemed unopposed and may be granted without further hearing unless (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If a timely opposition is filed, the Court will schedule a hearing as a contested matter.

Motion to Dismiss
Case No. 09-04925-BKT
Page 2
-----------------------


**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail.  I further certify that I have served to the U.S. Trustee, **ustpregion21.hr.ecf@usdoj.gov** and by depositing true and exact copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants:  debtor(s) and parties in interest that have filed a notices of appearance included in the address list attached to the original and the Trustee's copy on file.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, August 7, 2009.

/s/ Alejandro Oliveras Rivera
**ALEJANDRO OLIVERAS RIVERA**
CHAPTER 13 TRUSTEE
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500 Fax 977-3521

Department of Defense Manpower Data Center  AUG-07-2009 05:49:11


Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| < Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| VALENTIN RIOS | REYNALDO | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BKORSMNJOKT*

Department of Defense Manpower Data Center                          AUG-07-2009 05:49:36


Military Status Report
Pursuant to the Servicemembers Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Service/Agency |
|---|---|---|---|---|
| ALMODOVAR VELAZQUEZ | DARMY L | | Based on the information you have furnished, the DMDC does not possess any information indicating that the individual is currently on active duty. | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Military.

*Mary M. Snavely-Dixon*

---

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The Department of Defense strongly supports the enforcement of the Servicemembers Civil Relief Act [50 USCS Appx. §§ 501 et seq] (SCRA) (formerly the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's active duty status by contacting that person's Military Service via the "defenselink.mil" URL provided below. If you have evidence the person is on active-duty and you fail to obtain this additional Military Service verification, provisions of the SCRA may be invoked against you.

If you obtain further information about the person ( e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects current active duty status only. For historical information, please contact the Military Service SCRA points-of-contact.

See: http://www.defenselink.mil/faq/pis/PC09SLDR.html

WARNING: This certificate was provided based on a name and Social Security number (SSN) provided by the requester. Providing an erroneous name or SSN will cause an erroneous certificate to be provided.

*Report ID:BKLZAAQBFWV*

# CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| HECTOR VELAZQUEZ HERNANDEZ*<br>PO BOX 360847<br>SAN JUAN, PR 00936 -0847 | ANA LOPEZ BONAPARTE<br>PO BOX 1427<br>PONCE, PR 00733 -1427 |
| RG MORTGAGE<br>C/O BPPR MORTGAGE<br>PO BOX 9023593<br>SAN JUAN, PR 00902 -3593 | RAUL TEXEIRA CARMONA<br>CARMEN VEGA<br>C/O JUAN E PEREZ REILLY<br>EDF GARCIA STE 23 A 1 CALLE VIRTUD<br>PONCE, PR 00730 |
| SPRINT<br>C/O CAVALRY PORTFILIO SERVICES<br>PO BOX 27288<br>TEMPE, AZ 85282 | EDNA TORRES BORRERO<br>C/O RAFAEL ASUNCION TORRES<br>CENTRO CARIBE BLDG 208<br>PONCE, PR 00717 |
| LVNV FUNDING LLC<br>PO BOX 10497<br>GREENVILLE, SC 29603 -0584 | PR FEDERAL CREDIT UNION<br>C/O ADA CONDE<br>PO BOX 13268<br>SAN JUAN, PR 00908 -3268 |
| REYNALDO VALENTIN RIOS and DARMY L ALMODOVAR VELAZQUEZ<br>VALLE DE ANDALUCIA<br>3214 CALLE MOJACAR<br>PONCE, PR 00728 | |

DATED: August 07, 2009

S/DIANA ARROYO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1   - CASE   09-04925-BKT