IN RE **VALENTIN RIOS, REYNALDO & ALMODOVAR VELAZQUEZ, DARMY L**     Case No. **09-04925-BKT**
Debtor(s)

# AMENDED SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **071010011759019**<br>**BANCO POPULAR DE PR**<br>**MORTGAGE DIVISION**<br>**PO BOX 9023593**<br>**SAN JUAN, PR 00902-3593** | | J | **RESIDENTIAL MORTGAGE CORP. JANUARY 2003**<br><br>Value $ | | | | **68,000.00**<br><br>**68,000.00** | |
| Account No. **1013014609**<br>**DAIMLER CHRYSLER**<br>**PO BOX 195286**<br>**SAN JUAN, PR 00919-5286** | | J | **MOTOR VEHICLE JEEP CHEROKEE LAREDO 2002**<br><br>Value $ | | | | **13,200.00**<br><br>**13,200.00** | |
| Account No. **JCD-07-0657**<br>**RAUL TEXEIRA CARMONA Y CARMEN VEGA**<br>**18 LISA LANE EGG HARBOR**<br>**TOWNSHIP, NJ 08234** | | J | **MONEY JUDGEMENT REGISTERED NOV 2007**<br><br>Value $ | | | | **12,900.00**<br><br>**12,900.00** | |
| Account No.<br>**LCDO. JUAN A. PEREZ REILLY**<br>**EDIF GARCIA STE 2-3A**<br>**1 CALLE VIRTUD**<br>**PONCE, PR 00730** | | | **Assignee or other notification for:**<br>**RAUL TEXEIRA CARMONA Y CARMEN VEGA**<br><br>Value $ | | | | | |

    **0** continuation sheets attached            Subtotal (Total of this page)    **94,100.00**

(Use only on last page of the completed Schedule D) **TOTAL**    **94,100.00**
(Report total also on Summary of Schedules)

IN RE **VALENTIN RIOS, REYNALDO & ALMODOVAR VELAZQUEZ, DARMY L**   Case No. **09-04925-BKT**
Debtor(s)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: **August 13, 2009**   Signature: **/s/ REYNALDO VALENTIN RIOS**
**REYNALDO VALENTIN RIOS**   Debtor

Date: **August 13, 2009**   Signature: **/s/ DARMY L ALMODOVAR VELAZQUEZ**
**DARMY L ALMODOVAR VELAZQUEZ**   (Joint Debtor, if any)
[If joint case, both spouses must sign.]

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer   Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____   Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.**

**AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES**

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only